AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. __21-57421__

__Shamoya Bailey__
NAME OF DEBTOR

__699 Formwalt Street SW__
ADDRESS

TELEPHONE NO. __770-873-6575__

__Atlanta, GA 30315__
CITY, STATE, ZIP

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER: YES ☑    NO ☐**

If someone did assist you, list their name and address:

__Charles Lewis__
NAME

__1100 Peachtree Street NE Ste 200__
ADDRESS

__Atlanta, GA 30309__                              __404-400-2780__
CITY, STATE, ZIP CODE                              TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER: YES ☑   NO ☐   IF "YES", HOW MUCH ($__499.00__)**

Have you filed a bankruptcy case in the past?
**ANSWER: YES ☐    NO ☑**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the ___ day of __October__, 2021

_____      _____
NOTARY PUBLIC                                                       DEPUTY CLERK

F61 (psafdt)04/04