**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:  
Shamoya Bailey,

      Debtor(s).

CASE NO. 21-57421-wlh

CHAPTER 7

**NOTICE TO LANDLORD/LESSOR CONCERNING APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C. § 362(b)(22)**

Debtor or Debtors (hereinafter "Debtor") in this case has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. § 362(l)(4)(B) you are hereby notified that the exception to the automatic stay as provided under 11 U.S.C. § 362(b)(22) may be applicable because:

1.
   - [x] Debtor has not filed a certification that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, or
   - [x] Debtor has not filed a certification that Debtor(s) has deposited with the Court the rent that would become due during the 30-day period after the filing of the petition; or
   - [x] Debtor has not made the appropriate deposit with the Court.

2.
   - [ ] Debtor has not filed a certification that Debtor has cured, under nonbankruptcy law applicable in this jurisdiction, the entire monetary default that gave rise to the judgment under which possession is sought by the Landlord/Lessor.

Where applicable, certified copies of the case docket and/or certification are enclosed. This Notice will be served upon Landlord/Lessor and Debtor and their counsel, if any.

Dated: October 5, 2021

_____
M. REGINA THOMAS, Clerk of Court

United States Bankruptcy Court
75 Ted Turner Drive, SW, Room 1340
Atlanta, GA 30303

Notice to Landlord - 02/2016

Northern District of Georgia (Atlanta)
Bankruptcy Petition #: 21-57421-wlh

Date filed: 10/04/2021

Assigned to: Chief Judge Wendy L. Hagenau
Chapter 7
Voluntary
No asset

**Debtor**
Shamoya Bailey
699 Formwalt St SW
Atlanta, GA 30315
FULTON-GA
SSN / ITIN: xxx-xx-0475

represented by Shamoya Bailey
PRO SE

**Trustee**
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
(404) 926-0060

**U.S. Trustee**
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

Filed in Clerk's Office and a true copy certified this 5 day of OCTOBER, 2021
M. REGINA THOMAS, CLERK
By: [signature] Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|
| 10/04/2021 | 1 (63 pgs) | Case Opened and Voluntary Petition Filed. (rfs) Additional attachment(s) added on 10/4/2021 (aam). |
| 10/04/2021 | 2 (1 pg) | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Shamoya Bailey . (aam) |
| 10/04/2021 | 3 (1 pg) | Pro Se Affidavit filed by Shamoya Bailey . (aam) |
| 10/04/2021 | 4 (1 pg) | Credit Counseling Service Certificate filed by Shamoya Bailey . (aam) |
| 10/04/2021 | 5 (1 pg) | Statement Regarding Payment Advices of Debtor, filed by Shamoya Bailey . (aam) |
| 10/04/2021 | 6 (4 pgs) | Application for Waiver of Chapter 7 Filing Fee filed by Shamoya Bailey . (aam) |
| 10/04/2021 | 7 (1 pg) | Initial Statement About an Eviction Judgment Against You filed by Shamoya Bailey . (aam) |
| 10/04/2021 | 8 (1 pg) | Statement About Payment of an Eviction Judgment Against You filed by Shamoya Bailey . (aam) |
| 10/04/2021 |  | Receipt of Chp 7 Installment filing fee. Receipt Number 1265765. Fee Amount $0.00. Paid by Shamoya Bailey. |

In re: 21-57421-wlh

## Certificate of Mailing

I certify that the foregoing document was served by US Mail to the following parties:

**Shamoya Bailey**
699 Formwalt St SW
Atlanta, GA 30315

**Quintina Enyi**
37175 Windy Hill Ln
Solon, OH 44139-3106

Date: October 5, 2021          M. REGINA THOMAS, Clerk of Court

By: _____