**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

| | |
|---|---|
| In Re: Debtor(s)<br>**Shamoya Bailey**<br>699 Formwalt St SW<br>Atlanta, GA 30315<br><br>xxx−xx−0475 | Case No.: **21−57421−wlh**<br>Chapter: **7**<br>Judge: **Wendy L. Hagenau** |

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**12/7/21** at **03:00 PM**
**Meeting will be telephonic. To attend, Dial: 866−909−7148 and enter: 4958999, when prompted for participation code.**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated:   November 12, 2021

_____
M. Regina Thomas
Clerk of Court

Form 424

United States Bankruptcy Court

Northern District of Georgia

In re:      Case No. 21-57421-wlh

Shamoya Bailey     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2

Date Rcvd: Nov 12, 2021      Form ID: 424      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shamoya Bailey, 699 Formwalt St SW, Atlanta, GA 30315-1022 |
| petprep | + | Charles Lewis, 1100 Peachtree Street NE, STE 200, Atlanta, GA 30309-4829 |
| 23624956 | + | Caine & Weiner, 2000 Warrington Way, Louisville, KY 40222-6467 |
| 23624962 | + | NCB Management Services, 1 Allied Drive, Feasterville, PA 19053-6945 |
| 23624963 | + | Progressive, 1521 West Cameron Avenue, West Covina, CA 91790-2738 |
| 23624964 | + | Quintina Enyi, 37175 Windy Hill Lane, Solon, OH 44139-3106 |
| 23624965 | + | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 23624966 | + | Wells Fargo Bank Car, 233 Center Street, Des Moines, IA 50309-1323 |
| 23624967 | + | Wells Fargo Bank Car Credit, Dispute Resoluti, 233 Center Street, Des Moines, IA 50309-1323 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23624954 | + | Email/Text: EBNProcessing@afni.com | Nov 12 2021 21:25:00 | AFNI, 1310 Martin Luther King Drive, Bloomington, IL 61701-1465 |
| 23624955 | + | Email/Text: bankruptcy@acacceptance.com | Nov 12 2021 21:25:00 | American Credit Acceptance, 340 E Main Street Suite 400, Spartanburg, SC 29302-1989 |
| 23624957 | + | Email/Text: documentfiling@lciinc.com | Nov 12 2021 21:25:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 23624958 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 12 2021 21:25:00 | Convergent Outsourcing, 800 SW 39TH ST STE 100, Renton, WA 98057-4927 |
| 23624959 | + | Email/Text: BANKRUPTCY@SOUTHSTARENERGY.COM | Nov 12 2021 21:25:00 | Georgia Natural Gas, PO Box 440667, Kennesaw, GA 30160-9533 |
| 23624961 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 12 2021 21:25:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22119-0001 |
| 23624960 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 12 2021 21:25:00 | Navy Federal Credit Union, One Security Place, Merrifield, VA 22119-0001 |
| 23624965 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2021 21:25:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23625219 | * | Quintina Enyi, 37175 Windy Hill Ln, Solon, OH 44139-3106 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: 424 | Total Noticed: 16 |

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net   saskue@haysconsulting.net;GA32@ecfcbis.com |
| Vanessa A. Leo | on behalf of U.S. Trustee Office of the United States Trustee ustpregion21.at.ecf@usdoj.gov   Vanessa.A.Leo@usdoj.gov |

TOTAL: 3