10 December 2021

Clerk of the Court

Attn: M. Regina Thomas

United States Bankruptcy Court

County of Fulton

Room 1340

75 Ted Turner Drive, SW

Atlanta, Ga 30303

Re:   Chapter 7 Bankruptcy Petition; Withdrawal

   21-57421-wlh

Dear Clerk:

I hope this letter finds you well. Thank you for your time. I have filed for bankruptcy as an attempt to get control of my debt but after my initial meeting of the creditors, I would like to withdraw my petition for bankruptcy. It is in my best interest, as remarked, I do not have a large amount of debt or assets and, especially after having taken the required course, I would like to work towards repayment and setting up a plan to pay back these creditors; now knowing all that I owe.

In addition to this, I also just had a recent stay in the hospital. I was not well but this is to say that even if I were to continue to file, I would've liked to include that in my petition.

Enclosed please find:

1. One original and one copy of the following documents:
   HOSPITAL VISIT NOTATION.
2. A self-addressed, stamped envelope

I would like to continue making responsible decisions in taking care of my debt and would like your assistance in withdrawing my petition so I can do so. Please let me know if there is anything I need to do in assisting with this; thank you for your help in advance and again I hope this finds you well. I am in an attempt to manage my debt and would like this opportunity to do so.

If needed, I am also requesting that you provide me with a hearing date on this matter at least six (6) weeks after the date of this letter.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Shamoya Bailey

# Emory Healthcare

## Emory University Midtown Hospital 404-686-2435

## Emory University Hospital 404-712-7100

## Emory Johns Creek 678-474-7100

## Work/School Release Form 24 Hours

This notice verifies that your employee/student, BAILEY, SHAMOYA , was seen in this facility on 11/14/2021 23:11:51.

He/She requires 24 hours off from work/school. After this time they may return to their normal activity at work or school

NOTE: If symptoms continue and the employee is unable to perform the full duties of their job by this date, please advise the employee to return to this facility or make an appointment with the referral physician for further evaluation.

**Emergency Department Attending Provider**

Deal, Anna K
　　　　Smith, Micah P

# Emory Healthcare

## Emory University Midtown Hospital 404-686-2435

## Emory University Hospital 404-712-7100

## Emory Johns Creek 678-474-7100

## Work/School Release Form 24 Hours

This notice verifies that your employee/student, BAILEY, SHAMOYA , was seen in this facility on 11/14/2021 23:11:51.

He/She requires 24 hours off from work/school. After this time they may return to their normal activity at work or school

NOTE: If symptoms continue and the employee is unable to perform the full duties of their job by this date, please advise the employee to return to this facility or make an appointment with the referral physician for further evaluation.

**Emergency Department Attending Provider**

Deal, Anna K
       Smith, Micah P

Shamaya Bailey
699 Formwalt St SW
Atlanta, Ga 30315



Clerk of the Court
Attn: M. Regina Thomas
United States Bankruptcy Court
Room 1340
75 Ted Turner Dr SW
Atlanta Ga 30303