**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Shamoya Bailey**<br>699 Formwalt St SW<br>Atlanta, GA 30315 | Case No.: **21−57421−wlh**<br>Chapter: **7**<br>Judge: **Wendy L. Hagenau** |

**xxx−xx−0475**

## NOTICE OF DEBTOR'S REQUEST FOR DISMISSAL

**NOTICE IS HEREBY GIVEN** that the above−named debtor(s) has requested dismissal of this bankruptcy case pursuant to 11 U.S.C. § 707.

Any objections to dismissal must be filed with the Clerk of Court in writing, stating the reasons for said objection, within twenty−one (21) days from the date of this notice. If no objections are timely filed, an Order of Dismissal may be entered without further notice or hearing.

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:    December 16, 2021

Form 7nr