UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Shamoya Bailey**
699 Formwalt St SW
Atlanta, GA 30315

**xxx−xx−0475**

Case No.: **21−57421−wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

### ORDER OF DISMISSAL AND CLOSING ESTATE

The Debtor(s) having filed a Motion for Dismissal with Notice and opportunity to be heard and requirements having been met,

**IT IS HEREBY ORDERED** that:

1. The above−styled Chapter 7 case is dismissed.

2. The estate is closed, and the Trustee is discharged from his or her trust.

3. Any unpaid filing fees are due payable by the Debtor(s) to the Clerk of Court immediately.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the Debtor(s), the attorney for the debtor(s), the Trustee, the United States Trustee, all creditors and other parties in interest.

*Wendy L. Hagenau*

Wendy L. Hagenau
United States Bankruptcy Judge

Dated: January 11, 2022

Form 193